No. 4, Original. *Ex parte:* IN THE MATTER OF WILLIAM W. BIERCE, LIMITED, PETITIONER. December 12, 1910. Petition for a writ of mandamus dismissed, on motion of *Mr. Frederic D. McKenney* for the petitioner. *Mr. Frederic D. McKenney, Mr. Charles H. Aldrich* and *Mr. Henry W. Prouty* for petitioner. *Mr. Aldis B. Browne* and *Mr. Alexander Britton* for respondent.

No. 524. THE FIRST NATIONAL BANK OF PITTSBURGH, PENNSYLVANIA, APPELLANT, *v.* GUARANTEE TITLE & TRUST COMPANY, TRUSTEE, ETC. Appeal from the United States Circuit Court of Appeals for the Third Circuit. December 12, 1910. Dismissed with costs, per stipulation, and on motion of *Mr. Frederic D. McKenney* for the appellant. *Mr. Frederic D. McKenney* and *Mr. William M. Hall* for appellant. *Mr. W. A. Way* for appellee.

## CASES DISPOSED OF IN VACATION.

No. 82. FIRST NATIONAL BANK OF RICHMOND, VIRGINIA, ET AL., PLAINTIFFS IN ERROR, *v.* WILLIAM R. TRIGG COMPANY ET AL. In error to the Supreme Court of Appeals of the State of Virginia. June 17, 1910. Dismissed pursuant to the twenty-eighth rule. *Mr. George Bryan* and *Mr. A. W. Patterson* for plaintiffs in error. *Mr. E. Randolph Williams* and *Mr. R. G. Bickford* for defendants in error.